JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/04/30 | 1 | MOTION, BRIEF, SCHEDULE AND CERT. OF SVC. -- Defts. Petro-Lewis Corp., Petro-Lewis Funds, Inc. and Perto-Lewis Securities Corp. -- SUGGESTED TRANSFEREE DISTRICT: D. Colorado; SUGGESTED TRANSFEREE JUDGE: ? (emh) |
| 85/05/10 | | APPEARANCES: JAMES E. PRESTON, ESQ. for John A. Hauf, et al. and Mary Janice Anderson; CHARLES E. DAVIDOW, ESQ. for Petro-Lewis Corp., Petro-Lewis Funds, Inc. and Petro-Lewis Securities Corp.; DOUG JAMES, ESQ for Edward D. Jones & Co.; FREDERICK J. BAUMANN, ESQ. for Edward G. Christianson, David A. Frawley, John R. Hazlett, Morton P. Iler, Vernon A. Isaacs, Jr. Gerald E. Johnston, Robert L. Katz, Jerome A. Lewis, Lon McCain, Michael L. McDonald, Dwight C. Moorhead, Donovan L. Quam, Jerry L. Record, David C. Reid, Robert Rosenkaranz, J. Kenney Shipman, Michael R. Starita, Randy Stein, A. Robert Strawn and Larry G. Wills (rh) |
| 85/05/13 | | APPEARANCE: JEFFREY T. JOHNSON, ESQ. for Boettcher & Co., Inc. (rh) |
| 85/05/14 | | APPEARANCES: BARRY A. SARETSKY, ESQ. for Gary M. Goldberg, et al., KENNETH A. JACOBSEN, ESQ. for Craig D. Goldate and STUART N. BENNETT, ESQ for the Flinn Foundation, et al. (rh) |
| 85/05/15 | 2 | REQUEST FOR EXTENSION OF TIME -- pltf. Craig D. Goldate -- GRANTED TO AND INCLUDING MAY 28, 1985 (cds) |
| 85/05/16 | 3 | RESPONSE -- Pltf. Mary Janice Anderson and John A. Hauf, et al. -- w/cert. of svc. (rh) |
| 85/05/20 | 4 | RESPONSE -- pltf. Gary M. Goldberg, et al. -- w/cert. of svc. (rh) |
| 85/06/04 | 5 | REPLY MEMORANDUM -- Petro-Lewis Corp., Petro-Lewis Funds, Inc. and Petro-Lewis Securities Corp. and Jerome A. Lewis, Dwight C. Moorhead, Edward G. Christianson, David A. Frawley, Robert L. Katz, Rober R. Rosenkranz and A. Robert Strawn -- w/cert. of svc. (cds) |
| 85/09/12 | 6 | MOTION -- Defendant Edward D. Jones & Co. for severance and transfer of the Petro-Lewis Securities claims in (C-9) Sealy v. Jones, E.D. Texas, P-85-14-CA, or in the alternative for transfer of entire action. w/SUPPORTING MEMORAMDUM, certificate of service. (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/06/10 | | ~~HEARING ORDER   setting motion for transfer for Panel hearing on Jly 11, 1985 in Boston, Massachusetts (emh)~~ |
| 85/06/10 | | HEARING ORDER --  setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts (emh) |
| 85/07/10 | | HEARING APPEARANCES:  CHARLES E. DAVIDOW, EST. for Petro_Lewis Corp., Petro-Lewis Funds , Inc. Petro-Lesiw Securities Corp. Jerome A. Lewis, Dwight C. Moohead, David A. Frawley, Edward G. Christianson, Robert L. Katz, Robert R. Rosenkranz and A. Robert Strawn, MARTIN S. KAUFMAN, ESQ. for Gary M. Goldberg, et al., JAMES E. PRESTON, Esq. for Mary Janicè Anderson and John A. Hauf, et al. (rh) |
| 85/07/10 | , | WAIVER OR ORAL ARGUMENT:  Edward D. Jones & co., Larry Richardson, Boettcher & co., Inc. The Flinn Foundation (rh) |
| 85/08/13 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Jim R. Carrigan for pretrial proceedings pursuant to 28 U.S.C. §1407 (ds) |
| 85/08/13 | | TRANSFER ORDER -- transfereeing litigation (A-1 thru A-4) to the District of Colorado for pretrial proceedings, pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 85/09/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-6 Melvin D. Beck, et al. v. Edward D. Jones, et al., C.D. Ill., C.A. No. 85-1292, B-7 Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., N.D. Ill., C.A. No. 85-C-20243 and B-8 Diane S. Schnabel  v. Edward D. Jones & Co., Inc., N.D. Ind., C.A. No. H84-810 -- Notified involved counsel and judges (rh) |
| 85/09/09 | | MOTION/MEMORANDUM TO TRANSFER W/CERT. OF SVC. -- Deft. Edward D. Jones & Co. -- (C-10 Rosalyn Schindewolf v. Edward D. Jones, et al., E.D. Mo., C.A. No. 85-0514-C-6) -- Notified involved counsel -- (ALSO DOCKETED IN MDL-606 PLDG. #13) -- COUNSEL RESPONDING TO MOTION MUST REFER TO MDL-606 UNLESS THE PLEADING RELATES SOLELY TO MDL-646 PROCEEDINGS)  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  646-- In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/19 | 7 | NOTICE OF OPPOSITION TO CTO -- pltf. Golden -- (B-7) Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., N.D. Ill., 85-C-20243 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/09/19 | 8 | MOTION TO VACATE CONDITIONAL CONDITIONAL TRANSFER ORDER (B-7) Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., N.D. Ill., 85-C-20243 -- filed by pltf. Golden -- w/cert. of service (cds) |
| 85/09/19 | 9 | NOTICE OF OPPOSTICN TO CTO -- pltf. Beck -- (B-6) Melvin D. Beck, et al. v. Edward D. Jones, et al., C.D. Ill., C.A. No. 85-1292 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/09/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Diane S. Schnabel v. Edward D. Jones & Co., Inc., N.D. Indiana, C.A. No. H84-810 -- Notified involved clerks and judges. (ds) |
| 85/09/26 | 10 | RESPONSE/MEMORANDUM -- pltfs. Josephine F. Sealy, et al. w/cert. of svc. (ds) |
| 85/10/02 | 11 | RESPONSE -- (to pldg. #8) Petro-Lewis Corp.; Petro-Lewis Funds, Inc.; Jerome A. Lewis; Dwight C. Moorhead; Edward G. Christianson; David A. Frawley; Robert L. Katz; Robert R. Rosenkranz and A. Robert Strawn -- w/cert. of svc. (rh) |
| 85/10/03 | 12 | MOTION, BRIEF TO VACATE CTO (B-6) Melvin D. Beck, et al. v. Edward D. Jones, et al., C.D.Ill., C.A. No. 85-1292 -- pltf. Melvin D. Beck, et al. -- w/cert.of service (cds) |
| 85/10/04 | 13 | RESPONSE -- Edward D. Jones & Co. -- w/cert. of service (cds) |
| 85/10/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-10 Leroy W. Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Illinois, C.A. No. 85-1329 -- Notified involved counsel and judge (rh) |
| 85/10/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-11 Terri Jacobson, v. Petro-Lewis, et al., S.D. Florida, C.A. No. 85-2814-CIV-EPS -- Notified involved counsel and judge (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/10/17 | 14 | MEMORANDUM (to pldg. #8) -- Blunt Ellis & Loewi, Inc. and Craig T. Rueckert w/cert. of svc.  (ds) |
| 85/10/18 | | HEARING ORDER -- setting opposition of plaintiffs Melvin D. Beck, et al. to transfer of B-6 Melvin D. Beck, et al. v. Edward D. Jones, et al. and Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., for hearing on 11/21/85 in Portland, Oregon  (paa) |
| 85/10/21 | 15 | RESPONSE (to pldg. #12) -- defts. Edward D. Jones & Co. and Jack Cahill -- w/cert. of service  (cds) |
| 85/10/25 | 16 | NOTICE OF OPPOSITION -- C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1329 -- Notified involved counsel and judges (rh) |
| 85/10/25 | 17 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1329 -- filed by pltf. W. Leroy Moffett, et al. -- w/cert. svc. (rh)/ w/ BRIEF |
| 85/10/28 | 18 | REPLY (to pldg. #13) -- pltf. Josephine F. Sealy, et al. -- w/Exhibit and cert. of service  (cds) |
| 85/11/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-11 Terri Jacobson v. Petro-Lewis Corp., et al., S.D. Florida, C.A. No. 85-2814-CIV-EPS -- Notified Involved judges and clerks (rh) |
| 85/11/04 | 19 | RESPONSE -- (to Pldg. #10) Edward D. Jones & Co. -- w/cert. of svc. (rh) |
| 85/11/04 | 20 | RESPONSE -- (to Pldg. #17) Edward D. Jones & Co. -- w/cert. of svc. (rh) |

*+ 4*

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *646* -- _____

| Date | Pl. | Pleading Description |
|------|-----|----------------------|
| 85/10/17 | 14 | MEMORANDUM (to pldg. #8) -- Blunt Ellis & Loewi, Inc. and Craig T. Rueckert w/cert. of svc.  (ds) |
| 85/10/18 | | HEARING ORDER -- setting opposition of plaintiffs Melvin D. Beck, et al. to transfer of B-6 Melvin D. Beck, et al. v. Edward D. Jones, et al. and Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al. for hearing on 11/21/85 in Portland, Oregon (paa). |
| 85/10/21 | 15 | RESPONSE (to pldg. #12) -- defts. Edward D. Jones & Co. and Jack Cahill -- w/cert. of service  (cds) |
| 85/10/25 | 16 | NOTICE OF OPPOSITION -- C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1329 -- Notified involved counsel and judges (rh) |
| 85/10/25 | 17 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1329 -- filed by pltf. W. Leroy Moffett, et al. -- w/cert. svc. (rh) |
| 85/10/28 | 18 | REPLY (to pldg. #13) -- pltf. Josephine F. Sealy, et al. -- w/Exhibit and cert. of service  (cds) |
| 85/11/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-11 Terri Jacobson v. Petro-Lewis Corp., et al., S.D. Florida, C.A. No. 85-2814-CIV-EPS -- Notified involved judges and clerks (rh) |
| 85/11/01 | | AMENDMENT TO HEARING ORDER FILED ON OCTOBER 17,1985 to include C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Illinois, C.A. No. 85-1329 for hearing on November 21, 1985 in Portland, Oregon -- Notified involved counsel, judges and clerks.  (ds) |
| 85/11/04 | 19 | RESPONSE -- (to Pldg. #10) Edward D. Jones & Co. -- w/cert. of svc. (rh) |
| 85/11/04 | 20 | RESPONSE -- (to Pldg. #17) Edward D. Jones & Co. -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

Page 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- IN RE PETRO-LEWIS SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/11/21 | | HEARING APPEARANCES -- BRUCE C. OTTER, ESQ. for Edward D. Jones & Co.; CHERYL JEROME, ESQ. or JAY C. JOHNSON, ESQ. for Josephine F. Sealy, et al.; CHARLES E. DAVIDOW, ESQ. for Petro-Lewis Corp., Petro-Lewis Funds, Inc. & Petro-Lewis Securities Corp.; FREDERICK J. BAUMANN, ESQ. for Jerome A. Lewis, Dwight C. Moorhead, David A. Frawley, Robert L. Katz, Robert R. Rosenkranz, Edward G. Christensen, A. Robert Strawn & Michael R. Starta  (ds) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Boettcher & Co., Inc.; Melvin D. Beck, et al. and Leroy W. Moffett, et al.; Terri Jacobson; Jean M. Golden and John Doe aka Larry Richardson (ds) |
| 85/12/03 | | TRANSFER ORDER -- (to S.D. New York) B-6 Melvin D. Beck, et al. v. Edward D. Jones, et al., C.D. Ill., C.A. No. 85-1292; B-7 Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et at., N.D. Ill., C.A. No. 85-C-20243; C-9 Josephine F. Sealy, et al. v. Edward D. Jones, et al., E.D. Tex., C.A. No. P-85-14-CA and C-10 W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1329 -- Notified involved counsel, judges and clerks (rh) |
| 85/12/03 | | TRANSFER ORDER -- transferring D-14 Rosalyn Schindewolf v. Edward D. Jones, Inc., et al., E.D. Mo., C.A. No. 85-0514-C to the S.D. Ohio for pretrial proceedings with the MDL-606 actions and transferring the Petro-Lewis claims to the District of Colorado for pretrial proceedings with the MDL-646 actions -- Also separating and remanding the Petro-Lewis claims in Schindewolf to the Eastern District of Missouri. Notified involved clerks, judges and counsel. (ds) |
| 85/12/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-12 Barbara A. Baily v. Edward D. Jones & Co., et al., C.D. Ill., C.A. No. 85-1381 and C-13 Joseph Elicati, et al. v. Gary Goldberg, et al., S.D. N.Y., C.A. No. 85-CIV-6425 -- Notified involved counsel and judges (rh) |
| 85/12/18 | 21 | NOTICE OF OPPOSITION -- Plaintiff C-13 Joseph Elicati, et al. v. Gary Goldberg, et al., S.D. N.Y., C.A. No. 85-CIV-6425 -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (paa) |
| 85/12/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-12 Barbara A. Baily v. Edward D. Jones & Co., et al., C.D. Illinois, C.A. No. 85-1381. Notified involved clerks and judges. (paa) |

646       IN RE PETRO-LEWIS SECURITIES LITIGATION          page 6

86/01/10          ORDER LIFTING STAY OF CONDTIONAL TRANSFER ORDER -- C-13
                  Joseph Elicati, et al. v. Gary Goldberg, et al., S.D. New
                  York, C.A. No. 85-Civ-6425 -- Notified involved counsel,
                  judges and clerks (rh)

86/02/25          CONDITIONAL TRANSFER ORDER FILED TODAY -- D-15 Gary W.
                  Svenningsen, et al. v. Piper, Jaffrey & Hopwood, Inc., et
                  al., D. Minn., C.A. No. 3-85-921 -- Notified involved counsel
                  and judges (rh)

86/03/13    22    NOTICE OF OPPOSITION -- Plaintiff D-15 Gary W. Svenningsen,
                  et al. v. Piper, Jaffrey & Hopwood, Inc., et al. v.
                  Petro-Lewis Corp., et al.  D. Minn., C.A. No. 3-85-921 --
                  NOTIFIED INVOLVED COUNSEL AND JUDGES.  (paa)

86/03/13    23    NOTICE OF OPPOSITION -- PIPER, JAFFRAY & HOPWOOD INC, ELLIS,
                  PIPER & PIPER -- D-15 Gary W. Svenningsen, et al. v. Piper,
                  Jaffray & Hopwood Inc., et al. v. Petro-Lewis Corp., et al.,
                  D. Minn., C.A. No. 3-85-921 -- NOTIFIED INVOLVED COUNSEL AND
                  JUDGES.  (paa)

86/03/27    24    MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER --
                  plaintiff  Gary W. Svenningsen, et al., -- D-15 Gary W.
                  Svenningsen, et al., v. Piper, Jaffray & Hopwood Inc., et al.
                  v. Petro-Lewis Corp., et al., D. Minn. C.A.  No. 3-85-921 --
                  w/cert. of svc.  (paa)

86/03/27    25    MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER --
                  Piper, Jaffray & Hopwood Inc., Harry C. Piper, William H.
                  Ellis and Addison L. Piper -- D-15 Gary W. Svenningsen, et
                  al., v. Piper, Jaffray & Hopwood Inc., et al. v. Petro-Lewis
                  Corp., et al., D. Minn. C.A.  No. 3-85-921 -- w/cert. of svc.

86/04/03    26    RESPONSE/MEMORANDUM (to pldg. #25) -- Third Party Defendants:
                  Petro-Lewis Corp., Petro-Lewis Securities Corp., Petro Lewis
                  Funds, Inc., J.A. Lewis, E.G. Christianson, Robert
                  Rosenkranz, D.A. Frawley, R.L. Katz, D.C. Moorhead, A.R.
                  Strawn and Michael Starita -- w/cert. of service  (cds)

  86/04/10    27    RESPONSE -- Artur Anderson Co. (to pleadings Nos. 24 and 25)
                    w/cert. of svc. (tmq)

 86/04/11         HEARING ORDER -- Setting opposition to transfer of D-15 (Svenningsen) for
                  Panel hearing in Washington, D.C. on May 16, 1986  (cds)

JPML FORM 1A

p. 7

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 --  In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/05/16 | | HEARING APPEARANCES:  MARY F. SEYMOUR, ESQ. for Gary W. Svenningsen, et al.; W. MICHAEL DRAKE, ESQ. for Piper and Addison L. Piper; CHARLES E. DAVIDOW, ESQ. for Petro-Lewis Corp., Petro-Lewis Funds, Inc. and Petro-Lewis Securities Corp.; H. THOMAS COGHILL, ESQ. for Arthur Anderson & Co. |
| 86/05/16 | | WAIVER OF ORAL ARGUMENT:  Frederick J. Baumann, Bruce C. Oetter, John P. Wiegand, Stuart N. Bennett and Doug James. |
| 86/05/19 | 28 | MOTION/BRIEF TO SEVER AND REMAND CLAIMS AGAINST JONES DEFENDANTS IN (A-2) Hauf -- pltfs. John A. Hauf, et al. -- w/attachments and cert. of service (cds) |
| 86/05/19 | 29 | MOTION/BRIEF TO REMAND (C-9) Sealy, (B-6) Beck, (C-12) Baily, (C-10) Moffett, (D-14) Schindewolf, and (B-8) Schnabel -- filed by plaintiffs -- w/attachments and cert. of service (cds) |
| 86/05/22 | | TRANSFER ORDER -- Transferring D-15 Gary W. Svenningsen, et al. v. Piper, Jaffray & Hopwod, Inc., et al., D. Minnesota C.A. No.3-85-921 of Colorado.  Notified involved counsel and clerks and judges |
| 86/06/03 | 30 | RESPONSE -- (to pldg. #28) Deft. Edward D. Jones & Co. -- w/cert. of svc. (rh) |
| 86/06/03 | 31 | RESPONSE -- (to pldg. #29) Deft. Edward D. Jones & Co. -- w/cert. of svc. (rh) |
| 86/06/03 | 32 | RESPONSE -- (to pldg. #28 & 29) Petro-Lewis Corp., Petro-Lewis Funds, Inc., Petro-Lewis Securities Corp., Jerome A. Lewis, Dwight C. Moorhead, David A. Frawley, Edward G. Christianson, Robert Rosenkranz, A. Robert Strawn, Michael R. Starita and Robert L. Katz -- w/cert. of svc. (rh) |
| 86/06/09 | 33 | AMENDED MOTION TO REMAND -- (to pldg. #28) filed by John A. Hauf, et al. -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motions of plaintiffs for remand of A-2, B-6, B-8, C-9 and C-10, D-14 and C-12. Notified involved counsel, clerks and judges. (tmq)  7/24/86, Buffalo, New York. |
| 86/06/30 | 34 | WITHDRAWAL OF MOTION TO REMAND (PLDG. #28) -- pltfs. John A. Hauf, et al. -- w/cert. of service (cds) |
| 86/06/30 | 35 | WITHDRAWAL OF MOTION TO REMAND (PLDG. #29) -- pltfs. Sealy, Beck, Baily, Moffett, Schindewolf and Schnabel -- w/cert of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- IN RE PETRO-LEWIS SECURITIES LITIGATION

| Date | Pldg. | Pleading Description |
|------|------|----------------------|
| 86/07/02 | | ORDER DEEMING MOTIONS WITHDRAWN AND VACATING THE JULY 24, 1986 HEARING -- A-2 Hauf, et al., B-6 Beck, et al., B-8 Schnabel, C-9 Sealy, et al., C-10 Moffett, et al., C-12 Baily, and D-14 Schindewolf -- Notified involved counsel, judge and clerks (rh) |
| 87/02/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-16 Helen W. Shankroff v. Advest, Inc. v. Petro-Lewis Corp., et al., S.D. New York, C.A. No. 85-1178(SEK) -- NOTIFIED INVOLVED COUNSEL & JUDGES. (paa) |
| 87/02/25 | 36 | NOTION OF OPPOSITION -- Filed by Plft. Helen W. Shankroff -- E-16 Helen W. Shankroff v. Advest, Inc. v. Petro-Lewis Corp., et al., S.D. New York, C.A. No. 85-1178(SWK) -- Notified involved counsel and judges (rh) |
| 87/03/12 | 37 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- E-16 Helen W. Shankroff v. Advest, Inc. v. Petro Lewis Corp., et al., S.D. New York, #85-1178(SWK) -- pltf. Helen W. Shankroff (Gerald J. Kallick) -- w/Brief, Schedule, Exhibits A-C and cert. of service (cds) |
| 87/03/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-17 Edward E. Brown, Jr., et al. v. Petro-Lewis Corporation, et al., E.D. Tennessee, C.A. No. 1-87-36 -- Notified involved counsel and Judges (rh) |
| 87/03/26 | 38 | RESPONSE (to pldg. #37) -- defts. Petro-Lewis Corp., Petro Lewis Sec. Corp., Petro-Lewis Funds, Inc., Jerome A. Lewis, David A. Frawley, Robert L. Katz, Dwight C. Moorhead, A. Robert Strawn, Michael r. Starita and Robert Rosenkranz -- w/cert. of service (cds) |
| 87/03/30 | 39 | NOTICE OF OPPOSTION TO CONDITIONAL TRANSER ORDER -- pltfs. in E-17 Edward E. Brown, Jr., et al. v. Petro-Lewis Corp., et al., E.D.Tenn., C.A. No. 1-87-36 -- w/cert. of service (cds) |
| 87/04/13 | 40 | RESPONSE -- (to pldg. #37) Advest, Inc. -- w/cert. of svc. (rh) |

p. 9

646      In re Petro-Lewis Securities Litigation

87/04/15    41   MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to
                  pldg. #39) Filed by pltfs. in E-17 Edward E. Brown, Jr., et
                  al. v. Petro-Lewis Corp., et al., E.D. Tennessee, C.A. No.
                  1-87-36 -- w/cert. of svc. (rh)

87/04/20         HEARING ORDER -- Setting oppositions of plaintiffs to
                  transfer of E-16 Gerald J. Kallick and E-17 Edward E. Brown,
                  Jr. -- Washington, D.C. on May 21, 1987 -- Notified involved
                  judges, clerks and counsel. (tmq)

87/04/21    42   RESPONSE -- (to pldg. #41) Filed by Defts. Petro-Lewis Corp.,
                  Petro-Lewis Funds, Inc., Petro-Lewis Securities Corp., Jerome
                  A. Lewis, Dwight C. Moorhead, David A. Frawley, Robert L.
                  Katz, A. Robert Strawn, Michael R. Starita, Robert C. Allphin
                  and Edward E. Christianson -- w/cert. of svc. (rh)

87/05/07         CONDITIONAL TRANSFER ORDER FILED TODAY -- E-18 Catherine
                  Vandonsel, et al. v. Edward D. Jones & Co., et al., W.D.
                  Michigan, C.A. No. M87-76-CA2 -- Notified involved counsel
                  and judges (rh)

87/05/12         CONDITIONAL TRANSFER ORDER FILED TODAY -- E-19 Marie C.
                  Gerdsen v. William Schweizer, et al., C.D. Illinois, C.A. No.
                  87-3171 -- Notified involved counsel and judges (rh)

87/05/19    43   NOTICE OF OPPOSITION -- Plaintiffs Catherine VanDonsel, et
                  al. -- E-18 Cathrine VanDonsel, et al. v. Edward D. Jones &
                  Co., et al., W.D. Michigan, C.A. No. M87-76-CA2 -- NOTIFIED
                  INVOLVED JUDGES & COUNSEL -- (paa)

JPML FORM 1A                                                          B.10

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/05/21 | | HEARING APPEARANCES: (hearing of 5/21/87) KENNETH A. JOCOBSEN, ESQ. for Gerald J. Kallick; T. MAXFIELD BAHNER, ESQ. for Edward E. Brown, Jr., et al.; CHARLES E. DAVIDOW, ESQ. for Petro-Lewis Corp., Petro-Lewis Funds, Inc., and Petro-Lewis Securities Corp.;FREDERICK J. BAUMANN, ESQ. for Jerome A. Lewis, David A. Frawley, Dwight C. Moorhead, Robert L. Katz, A. Robert Strawn, Robert Rosenkranz, Michael R. Starita, Robert C. Allphin, Jr. AND PHILIP S. WALKER, ESQ. for Advest, Inc. (rh) |
| 87/05/21 | | WAIVERS OF ORAL ARGUMENT:  (hearing of 5/21/87) Melvin D. Beck, et al.; Barbara A. Baily; W. Leroy Moffett, et al.; Edward D. Jones & Co. AND Gary W. Svenningsen (rh) |
| 87/05/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-19 Marie C. Gerdsen v. William Schweizer, et al., C.D. Illinois, C.A. NO. 87-3171 -- NOTIFIED INVOLVED CLERKS AND JUDGES -- (paa) |
| 87/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-20 Elaine Thorpe v. Edward D. Jones & Company, et al., D. Montana, C.A. No. CV-87-98-Blg-JFB -- Notified involved counsel and judges (rh) |
| 87/06/02 | | TRANSFER ORDER -- Transferring E-16 & E-17 -- E-16 Gerald J. Kallick (formerly Helen Shankroff) v. Advest, Inc., v. Petro-Lewis Corp., et al., S.D. New York, C.A. No. 85-1178 (SWK) and E-17 Edward E. Brown, et al. v. Petro-Lewis Corp., et al., E.D. Tennessee, C.A. No. 1-87-36 to the District of Colorado -- Notified invoved Judges, Clerks and Counsel. (paa) |
| 87/06/11 | 44 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #43) Plaintiffs (E-18) Catherine Vandonsel, et al. v. Edward D. Jones & Co., et al., W.D. Michigan, C.A. No. M87-76-CA2 -- W/Cert. of Svc.  (paa) |
| 87/06/12 | 45 | RESPONSE(to pldge. #44) -- Defts. Blunt, Ellis & Loewi, Inc. and Thomas Neumann -- w/cert. of svc. (tmq) |
| 87/06/16 | 46 | NOTICE OF OPPOSTION -- Elaine Thorpe (re: E-20) -- (See 606 C-13) -- Notified involved counsel and judges. (tmq) |

R.11

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/16 | 47 | RESPONSE(to pldge. #44) -- Edward D. Jones & Co., Richard Warner and David A. Nyquist -- w/cert. of svc. (tmq) |
| 87/06/19 | | HEARING ORDER -- Setting E-18 Cathering VanDonsal for hearing on July 23, 1987, Boston, Mass. Notified Counsel, involved judges and clerks (rew) |
| 87/06/29 | 48 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Pltf in (E-20) Elaine Thorpe v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-87-98-Bld-JFB -- w/Memorandum in Support and Attachments. (tmq) |
| 87/07/13 | 49 | RESPONSE (to pldg. #48) -- defts. Edward D. Jones & Co.; and Larry G. Richardson -- w/cert. of service  (cds) |
| 87/07/22 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS:  ROGER W. ZAPPA, ESQ. for Catherine VanDonsel, et al., Plaintiffs; BRUCE C. OETTER, ESQ. for Edward D. Jones & Co. Defendants. (tmq) |
| 87/07/22 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING:  Pltfs. Beck, Baily and Moffett, Kavanagh, Scully, Sudow, White & Frederick, P.C., Jerome A. Lewis, David A. Frawley, A. Robert Strawn, Robert K. Timothy, Michael R. Starita, Robert Allphin, Jr., Robert L. Katz, Dwight C. Moorhear, Robert Rosenkranz, Edward G. Christianson, Petro-Lewis Corporation, Petro-Lewis Funds, Inc., Petro-Lewis Securities Corporation. (tmq) |
| 87/07/27 | 50 | AFFIDAVIT OF PLAINTIFF ELAINE THORPE -- w/cert. of service (cds) |
| 87/07/27 | 51 | AFFIDAVIT OF LEE OVERFELT -- w/cert. of service  (cds) |
| 87/07/30 | | HEARING ORDER -- Setting opposition of plaintiff (E-20) Elaine Thorpe v. Edward D. Jones & Company, et al., D. Montana, C.A. No. CV87-98-Blg-JFB (See Also MDL-606 C-13) for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges.  rew |
| 87/08/06 | | TRANSFER ORDER -- Transferring E-18 Catherine Vandonsel, et al. v. Edward D. Jones & Co., et al., W.D. Michigan, C.A. No. M87-76-CA2 -- Notified involved counsel, judges and clerks. (tmq) |

B.12

JPML

646

87/08/17   52   RESPONSE -- (to pldg. #50) -- W/ AFFIDAVIT OF LARRY
RICHARDSON -- Filed by Edward D. Jones & Co. and Larry G.
Richardson -- w/cert. of svc. (rh)

87/08/24   53   CORRECTED RESPONSE TO PLDG. #52 -- Edward D. Jones & Co. and
Larry G. Richardson -- w/cert. of svc. (rh)

87/09/15   54   REPLY -- Filed by plaintiff Elaine Thorpe -- W/Affidavit and
certificate of service -- (See also MDL-606 #30) -- (paa)

87/09/16        ALL WAIVED ORAL ARGUMENT  (cds)   (Re Hearing Order filed 7/30/87)

87/09/25        ORDER VACATING CONDITIONAL TRANSFER ORDER -- E-20 Elaine
Thrope v. Edward D. Jones & Company, et al., D. Montana, C.A.
No. CV87-98-Blg-JFB -- Notified involved judges, clerks and
counsel. (tmq)

88/04/04        CONDTIONAL TRANSFER ORDER FILED TODAY -- E-21 Jerome Bresson,
et al. v. Thomson McKinnon Securities, Inc. v. Petro-Lewis
Corporation, et al., S.D. New York, C.A. No. 85-Civ-1179
(KTD) -- Notified involved judges and counsel.  (paa)

88/04/20        CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-21 Jerome
Bresson, et al. v. Thomson McKinnon Securities, Inc. v.
Petro-Lewis Corporation, et al., S.D. New York, C.A. No.
85-Civ-1179 (GLG) -- Notified involved judges and clerks (rh)

88/05/18        CONDITIONAL TRANSFER ORDER FILED TODAY -- E-22 Tommy E.
Parker, etc. v. Paine Webber Group, Inc. v. Petro-Lewis
Corp., et al., N.D. Georgia, C.A. No. 1-85-CV-1586-RLV --
Notified involved counsel and judges (rh)

88/06/02   55   NOTICE OF OPPOSITION to CTO -- E-22 Tommy E. Parker, etc. v.
Paine Webber Group, Inc. v. Petro-Lewis Corp., et al., N.D.
Georgia, C.A. No. 1-85-CV-1586-RLV -- filed by pltf. Thommy
E. Parker -- Notified involved judges and counsel  (ds)

88/06/14        HEARING ORDER -- Setting opposition of Tommy E. Parker, etc.
to transfer of E-22 for hearing on July 28, 1988, in
Portland, Maine.  Notified involved counsel, clerks, judges.
(rew)

JPML FORM 1A                                        p. 13

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Date | Pldg. | Pleading Description |
|------|------|---------------------|
| 88/06/14 | 56 | MOTION TO VACATE CONDITONAL TRANSFER ORDER -- plaintiffs in E-22 Tommy E. Parker, etc. v. Paine Webber Group, Inc. v. Petro-Lewis Corp., et al., N.D. Ga., C.A. No. 1-85-CV-1586-RLV -- W/BRIEF, EXHIBITS A and B, and cert. of service *(cds)* |
| 88/06/28 | 57 | RESPONSE (to pldg. #56) -- deft. PaineWebber Group, Inc. w/cert. of svc. (ds) |
| 88/06/28 | 58 | RESPONSE (to pldg. #56) -- defts. Petro-Lewis Corp., Petro-Lewis Funds, Inc., Petro-Lewis Securities Corp., Jerome A. Lewis, Dwight C. Moorhead, David A. Frawley, Robert L. katz, Robert Rosenkranz and A. Robert Strawn w/cert. of svc. (ds) |
| 88/07/27 | | HEARING APPEARANCES -- NICHOLAS E. CHIMICLES, ESQ. for Tommy E. Parker, et al.; JEREMY A. BERMAN, ESQ. for PaineWebber Group, Inc.; STEPHEN M. CUTLERR, ESQ. for Petro-Lewis Corp., et al. and FREDERICK J. BAUMANN, ESQ. for Jerome A. Lewis, David A. Frawley and Robert Katz, et al. (ds) |
| 88/07/27 | | WAIVERS -- Edward D. Jones & Co. (ds) |
| 88/08/15 | | TRRANSFER ORDER -- E-22 Tommy E. Parker, et al. v. Paine Webber Group, Inc. v. Petro-Lewis Corp., et al., N.D. Georgia, C.A. No. 1-85-CV-1586-RLV (transferred to D. Colorado) -- Notified involved judges, clerks, and counsel (rh) |
| 88/08/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85-CV-172A; F-24 Suzanne Kirkpatrick, et al. v. J.C. Bradford & Co., et al., N.D. Georgia, C.A. No. 85-CV-1891A -- Notified involved counsel and judges (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 --

| | | Pleading Description |
|---|---|---|
| 88/08/29 | 59 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in E-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85-CV-172A -- Notified involved counsel and judges (rh) |
| 88/08/29 | 60 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in F-24 Suzanne Kirkpatrick, et al. v. J.C. Bradford & Co., N.D. Georgia, C.A. No. 85-CV-1891A -- Notified involved counsel and judges (rh) |
| 88/08/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-25 Norman Galway, et al. v. Paine Webber Group, Inc., et al. v. Petro-Lewis Corp., et al., N.D. Georgia, C.A. No. I-86-CV-1223-RLV -- Notified involved counsel and judges. (ds) |
| 88/09/01 | 61 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- F-24 Suzanne Kirkpatrick, et al. v. J. C. Bradford & Co., N.D. Georgia, C.A. No. 1-85-CV-1891A-RLV -- filed by deft. J. C. Bradford & Co. w/cert. of svc.  Notified involved counsel and judges (ds) |
| 88/09/06 | 62 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- E-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85--CV-172A -- Filed by defts. Robinson-Humphrey/American Express, Inc. and Shearson Lehman Hutton, Inc. w/cert. of svc. -- Notified involved counsel and judges (ds) |
| 88/09/06 | 63 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- F-24 Suzanne Kirkpatrick, et al. v. J.C. Bradford & Co., N.D. Georgia, C.A. No. 1-85-CV-1891A-RLV -- Filed by defts. Petro-Lewis w/cert. of svc.  Notified involved counsel and judges (ds) |
| 88/09/06 | 64 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- E-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85--CV-172A -- Filed by defts. Petro-Lewis w/cert. of svc. -- Notified involved counsel and judges (ds) |
| 88/09/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-25 Norman Galway, et al. v. Paine Webber Group, Inc., et al. v. Petro-Lewis Corp., et al., N.D. Georgia, C.A. No. 1-86-CV-1223-RLV -- Notified involved clerks and judges.  (ds) |

0.15

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  646 --   In re Petro-Lewis Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/09/19 | 65 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by **Deft.** in F-24 Suzanne **Kirkpatrick**, et al. v. J.C. **Bradford &** **Co.**, N.D. Georgia, C.A. No. 85-CV-1819A -- w/cert. of svc. (rh) |
| 88/09/20 | 66 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in F-24 **Suzanne Kirkpatrick, et al.** v. J.C. **Bradford &** Co., et al., N.D. Georgia, C.A. No. 85-CV-1891A -- w/cert. of svc. (rh) |
| 88/09/20 | 67 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in E-23 **Glenn T. Sanders, et al.** v. Robinson-Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85-CV-172A -- w/cert. of svc. (rh) |
| 88/09/21 | 68 | MOTION/BRIEF TO VACATE CTO -- E-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., N.D. Ga., C.A. 85-Cv-172A and F-24 Suzanne Kirkpatrict, et al. v. J.C. Bradford & Co., et al., N.D. Ga., C.A. No. 85-CV-1891A -- filed by Petro-Lewis w/cert. of svc. (ds) |
| 88/09/21 | 69 | MOTION/BRIEF TO VACATE CTO -- E-23 Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc., N.D. Ga., C.A. No. 85-CV-172A -- filed by Robinson-Humphrey Co., Inc. and Shearson Lehman Hutton, Inc. w/cert. of svc. (ds) |
| 88/10/04 | | ORDER VACATING CONDITIONAL TRANSFER ORDERS -- E-23 Glenn T. Sanders, et al. v. Robinson/Humphrey/American Express, Inc., et al., N.D. Georgia, C.A. No. 85-CV-172A and F-24 Suzanne Kirkpatrick, et al. v. J.C. Bradford & Co., et al., N.D. Georgia, C.A. No. 85-CV-1891A -- Notified involved counsel, judges and clerks (ds) |
| 89/03/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-26 Harry K. Richardson, et al. v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-88-258-BLG-JFB -- Notified involved counsel and judges (rh) |

B.16

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 646 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/03/17 | 70 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in F-26 Harry K. Richardson, et al. v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-88-258-BLG-JFB -- Notified involved counsel and judge (rh) |
| 89/03/28 | 71 | MOTION/BRIEF TO VACATE CTO -- F-26 Harry K. Richardson, et al. v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-88-258-BLG-JFB -- Filed by pltfs. Harry Richardson, et al. w/cert. of svc. (ds) |
| 89/04/07 | | HEARING ORDER -- Setting opposition to transfer of F-26 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/18 | 72 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLDG. #71 -- Filed by Edward D. Jones & Co. -- GRANTED TO AND INCLUDING APRIL 26, 1989  (rh) |
| 89/04/26 | 73 | RESPONSE -- (to pldg. #71) Edward D. Jones & Co., Lawrence R. Sobol and Larry Richardson -- w/cert. of svc. (rh) |
| 89/05/18 | | WAIVERS OF ORAL ARGUMENT:  ALL WAIVED -- (Hearing on 5/18/89 in Wash., D.C.) (rh) |
| 89/05/25 | | TRANSFER ORDER -- F-26 Harry K. Richardson, et al. v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-88-258-BLG-JFB (action transferred to D. Colorado) -- Notified invovled judges, clerks and counsel (rh) |
| 89/06/29 | 74 | SUGGESTION FOR REMAND -- of B-7 -- Signed by Judge Jim R. Carrigan in District of Colorado (rh) |
| 89/06/29 | 75 | SUGGESTION FOR REMAND -- of B-6, C-10, and C-12 -- Signed by Judge Jim R. Carrigan in District of Colorado (rh) |

8.17

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **646** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/06/29 | | CONDITIONAL REMAND ORDERS FILED TODAY -- B-6 Melvin D. Beck, et al. v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-C-73 (C.D. Illinois, C.A. No. 85-1292; B-7 Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., D. Colorado, C.A. No. 86-C-111 (N.D. Illinois, C.A. No. 85-C-20243); C-10 W. Leroy Moffett, et al. v. Edward D. Jones, & Co., et al., D. Colorado, C.A. No. 85-C-2633 (C.D. Illinois, C.A. No. 85-1329) and C-12 Barbara A. Baily v. Edward D. Jones & Co., et al., D. Colordo, C.A. No. 86-C-34 (C.D. Illinois, C.A. No. 85-1381) -- Notiifed involved counsel and judges (rh) |
| 89/07/14 | 76 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- Filed by Defts. Edward D. Jones & Co. and Jack Cahill in C-12 Barbara A. Baily v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-C-34 (C.D. Illinois, C.A. No. 85-1381) -- w/cert. of svc. (rh) |
| 89/07/17 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- B-6 Melvin D. Beck, et al. v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-C-73 (C.D. Illinois, C.A. No. 85-1292); B-7 Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al., D. Colorado, C.A. No. 86-C-111 (N.D. Illinois, C.A. No. 85-C-20243) and C-10 E. Leroy Moffett, et al. v. Edward D. Jones & Co., D. Colorado, C.A. No. 85-C-2633 (C.D. Illinois, C.A. No. 85-1329) -- Notified involved judges and clerks |
| 89/07/21 | 77 | ORDER OF DISMISSAL -- signed by Judge Jim R. Carrigan ordering dismissal of of C-21 Barbara A. Bailey v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-C-34 (C.D. Illinois, C.A. No. 85-1381) filed June 20, 1989 -- (ds) |
| 89/07/21 | | ORDER VACATING CONDITIONAL REMAND ORDER -- C-12 Barbara A. Bailey v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-C-34 (C.D. Illinois, C.A. No. 85-1381) -- Notified involved counsel and clerks. (ds) |
| 89/08/02 | 78 | SUGGESTION FOR REMAND -- of C-9 -- Signed by Judge Jim R. Carrigan in District of Colorado (rh) |
| 89/08/02 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-9 Josephine F. Sealy, et al. v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 86-1533 (E.D. Texas, C.A. No. P-85-14-CA) -- Notified involved counsel and judge (rh) |

646

| | | |
|---|---|---|
| 89/08/18 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-9 Josephine F. Sealy, et al. v. Edward D. Jones, et al., D. Colorado, C.A. No. 86-1533 (E.D. Texas, C.A. No. P-85-14-CA) -- Notified involved clerks and judges. (ds) |
| 90/04/05 | 79 | SUGGESTION OF REMAND -- RE E-18 (see docket entry below) -- signed by Judge Carrigan  (cds) |
| 90/04/05 | | CONDITIONAL REMAND ORDER FILED TODAY -- E-18 Catherine Vandonsel, et al. v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 87-1264 (W.D. Mich., #M87-76-CA2) -- notified involved judge and counsel  (cds) |
| 90/04/23 | | CONDITIONAL REMAND ORDER FINAL TODAY -- E-18 Catherine Vandonsel, et al. v. Edward D. Jones & Co., et al., D. Colorado, C.A. No. 87-1262 (W.D. Michigan, C.A. No. M87-76-CA2) -- Notified involved judge and clerks (rh) |
| 90/08/23 | 80 | SUGGESTION OF REMAND -- Re D-15 (see docket entry below) -- signed by Judge Carrigan  (ds) |
| 90/08/23 | | CONDITIONAL REMAND ORDER FILED TODAY -- D-15 Gary W. Svenningsen, et al. v. Piper, Jaffray & Hopwood, Inc. v. Petro-Lewis Corp., et al., D. Colorado, C.A. No. 86-C-1240 (D. Minnesota, C.A. No. 3-85-921) -- Notified involved counsel and judge (ds) |

JPML Form 1

  Revised: 8/78

### DOCKET NO. <u>646</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>IN RE PETRO-LEWIS SECURITIES LITIGATION</u>

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 13, 1985 | TO | Unpublished | D. Colorado | Jim R. Carrigan | |
| | | | | *1082* | | |

### Special Transferee Information

*Color contact. FTS*
*Pat Allen — 564-3434*
    *or*
*Lucy Elis*

DATE CLOSED: _____

JPML FORM 1                    LISTING OF INVOLVED ACTIONS

DOCKET NO. 646  -- In re Petro-Lewis Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Flinn Foundation, et al. v. Petro-Lewis Corp., et al. | D.Colo. Carrigan | 84-C-2413 | | | 6/30/56 D | |
| ✓A-2 | John A. Hauf, et al. v. Petro-Lewis Funds, Inc., et al. | D.Mont. Battin | CV85-33-BLG | 8/13/85 | 85-2073 | 4/8/92 D | |
| A-3 | Mary Janice Anderson v. Petro-Lewis Funds, Inc. | D.Mont. Battin | CV85-47-BLG | 8/13/85 | | 4/24/86 D | |
| A-4 | Gary M. Goldberg, et al. v. Petro-Lewis Corp., et al. | S.D.N.Y. Brieant | 85-Civ-1862 | 8/13/85 | 85-C 010 D | 3/16/88 | trans back by Judge |
| A-5 | Craig D. Goldate v. Petro-Lewis Corp., et al. | E.D.Pa. Ditter | 85-0407 | DO NOT COUNT | | | |
| ✓B-6 | Melvin D. Beck, et al. v. Edward D. Jones, et al. 9-9-85 opposed 9/19/85 | C.D.Ill. Mihm | 85-1292 | 12-3-85 | 86-73 | 7-17-89 R | |
| ✓B-7 | Jeanne M. Golden v. Blunt, Ellis & Loewi, Inc., et al. 9-9-85 opposed 9/19/85 | N.D.Ill. Roszkowski | 85-C-20243 | 12-3-85 | 86-111 | 8/19/88 D 7-17-89 | |
| ✓B-8 | Diane S. Schnabel v. Edward D. Jones & Co., Inc. 9-9-85 | N.D.Ind. Kanne | H84-810 | 9/25/85 | 85-22-49 | 4/10/92 D | |
| ✓C-9 | Josephine F. Sealy, et al. v. Edward D. Jones, et al. | E.D.Tex Parker | P-85-14-CA | 12-3-85 | 86-33 | 8/18/89 R | R remand Filed 9/1 |
| ✓C-10 | W. Leroy Moffett, et al. v. Edward D. Jones & Co., et al. 10-25-85 10-5-85 | C.D.Ill. Mimh | 85-1329 | 12-3-85 | 85-26 | 7-17-89 R | |
| C-11 | Terri Jacobson v. Petro-Lewis, et al 10/16/85 | S.D.Fla. Spellman | 85-2814-CIV EPS | 10-1-85 | 86-112 | 3/9/86 D | ✓ |

DOCKET NO. 646 -- In re Petro-Lewis Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ C-12 | Barbara A. Baily v. Edward D. Jones & Co., et al. 12-4-85 EXD OPPOS. 1-07 1-14-85 | C.D.Ill. Mills | 85-1381 | 12/20/85 | 86-34 | 6/20/89 D | vacated 7/21/89 |
| ✓ C-13 | Joseph Elicati, et al. v. Gary Goldberg, et al. 12-4-85 | S.D.N.Y. Ward | 85-CIV-6425 | 1/10/86 | 86-33 | Remand by Dis | J.S. |
| ✓ D-14 | Rosalyn Schindewolf v. Edward D. Jones, Inc., et al. | E.D.Mo. Gunn | 85-0514-C | 2/6/85 | 86-32 | 1/29/90 D | |
| ✓ D-15 | Gary W. Svenningsen, et al. v. Piper, Jaffray & Hopwood, Inc., et al. 2-25-86 TYPED 3-13-86 July 1986 - 13 TR / 1 (+2) / 1 Dis /13 Pdg | D. Minn. Renner | 3-85-921 | 5/22/86 | 86-240 | 9/10/90 R | |
| E 16 | Gerald J. Kallick Helen W. Shankroff v. Advest, Inc. v. Petro-Lewis Corp., et al. 2-9-87 OPPOSED 2-25-87 | S.D.N.Y. Kram | 85-1178(SWK) | 6/2/87 | 87-1217 | 12/16/90 | to plts. sub. by J. Kram order |
| E-17 | Edward E. Brown, Jr., et al. v. Petro-Lewis Corporation, et al. 3-13-87 opposed 3/30/87 | Tenn., E. Edgar | 1-87-36 | 6/2/87 | 87-1072 | 8/30/88 D | |
| E-18 | Catherine Vandonsel, et al. v. Edward D. Jones & Co., et al. 5-7-87 OPPOSED 1-19-87 | W.D.Mich. Miles | M87-76-CA2 | 8/5/87 | 87-1262 | 4/23/90 R | |
| E-19 | Marie C. Gerdsen v. William Schweizer, et al. 5-12-87 | C.D.Ill. Mills | 87-3171 | 5/28/87 | 87-844 | 3/8/88 D 9/25/87 | |
| E-20 | Elaine Thorpe v. Edward D. Jones & Co., et al. 6-1-87 opposed 6/16/87 | D. Mont. Battin | CV87-98-Blg.-JFB | | UACATED | | |

July 1987 - 3 TR / 4 Dis / 12 Pending

[Note: E-18 & E-20 opposed]

DOCKET NO. __646__ -- IN RE PETRO-LEWIS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-21 | Jerome Bresson, et al. v. Thomson McKinnon Securities, Inc., v. Petro-Lewis Corporation, et al. *July 4-4-88, 1988 — 2 TR/2 Dis /12 Pending* | N.Y.,S. Duffy | 85-Civ-1179 (KTD) | 4-20-88 | 88 C 720 | 2/16/90 D | |
| E-22 | Tommy E. Parker, etc. v. Paine Webber Group, Inc. v. Petro-Lewis Corp. et al. *5-18-88 opposed 6/2/88* | N.D.Ga. Vining RLV | 1-85-CV-1586 | 8-15-88 | 88-1593 | 2/16/90 D | |
| E-23 | Glenn T. Sanders, et al. v. Robinson-Humphrey/American Express, Inc. et al. *8/22/88 opposed 8-29-88* | N.D.Ga. Vining | 85-CV-172A *DO NOT COUNT* | | | 10/4/88 | Vacated |
| F-24 | Suzanne Kirkpatrick, et al. v. J.C. Bradford & Co. et al. *8/22/88 opposed 8-29-88* | N.D.Ga. Vining | 85-CV-1891A *DO NOT COUNT* | | | 10/4/88 | Vacated |
| F-25 | Norman Galway, et al. v. Paine Webber Group, Inc., et al. v. Petro-Lewis Corporation, et al. *July 1989 8/31/88 2 TR/2 Dis/12 Pending* | N.D.Ga. Vining | 1-86-CV-1223-RLV | 9/16/88 | 88-1823 | 2/16/90 D | |
| F-26 | Harry K. Richardson, et al. v. Edward D. Jones & Co., et al. *3-2-89 opposed 3-17-89* *July 1990 — 1 TR/6 Dis/4 Rem/3 Pending* | D.Mont. Battin | CV-88-258-BLG-JFB | 5-25-89 | 89-C-1000 | 7/18/90 | Remanded to state court |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  646 -- In re Petro-Lewis Securities Litigation

By order of Judge Carrigan Filed in D. Colorado on March 17, 1986

| | |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS IN PETRO-LEWIS OPT-OUT LITIGATION<br>Stuart Bennett, Esq.<br>Roath & Brega<br>1873 South Bellaire Street<br>Suite 1700<br>Denver, CO  80222 | LIAISON COUNSEL FOR DEFENDANTS IN PETRO-LEWIS OPT-OUT LITIGATION<br>Frederick J. Baumann, Esq.<br>Rothgerber, Appel, Powers & Johnson<br>1200 Seventeenth Street, Suite 3000<br>Denver, Colorado  80202 |
| LIAISON COUNSEL FOR PLAINTIFFS IN EDWARD D. JONES & CO. LITIGATION<br>John Wiegand, Esq.<br>Kavanagh, Scully, Sudow, White<br>  & Frederick, P.C.<br>700 Commercial National Bank Plaza<br>Peoria, IL  61602 | Charles E. Davidow, Esq.<br>Wilmer, Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, DC  20037-1420 |
| | LIAISON COUNSEL FOR DEFENDANTS IN EDWARD D. JONES & CO. LITIGATION<br>Jeffrey L. Smith, Esq.<br>Cohen, Brame & Smith<br>1670 Broadway, Suite 3500<br>Denver, CO  80202 |
| | Bruce C. Oetter, Esq.<br>Bryan, Cave, McPheeters & McRoberts<br>500 North Broadway<br>St. Louis, MO  63102 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  646 -- In re Petro-Lewis Securities Litigation

---

THE FLINN FOUNDATION, ET AL. (A-1)

Stuart N. Bennett, Esquire
Roath & Brega
1700 Writers Center Five
1873 South Belaire Street
P.O. Box 5560 T.A.
Denver, Colorado 80217

JOHN A. HAUF, ET AL. (A-2)
MARY JANICE ANDERSON (A-3)
James E. Preston, Esquire
Hauf & Forsythe
711 North 27th Street
Billings, Montana 59103-1715

GARY M. GOLDBERG, ET AL. (A-4)
Barry Saretsky, Esquire
Bower & Gardner
110 East 59th Street
New York, New York 10022

CRAIG D. GOLDATE (A-5)

Kenneth A. Jacobsen, Esquire
Greenfield & Chimicles
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041-0100

---

PETRO-LEWIS CORPORATION
PETRO-LEWIS FUNDS, INC.
PETRO-LEWIS SECURITIES CORPORATION
Charles E. Davidow, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037-1420

EDWARD D. JONES & Co.

Bruce C. Oetter, Esquire
Bryan, Cave, McPheeters & McRoberts
500 North Broadway
St. Louis, Missouri 63102

---

EDWARD G. CHRISTIANSON
DAVID A. FRAWLEY
JOHN R. HAZLETT
MORTON P. ILER
VERNON A. ISAACS, JR.
GERALD E. JOHNSTON
ROBERT L. KATZ
JEROME A. LEWIS
LON MCCAIN
MICHAEL L. MCDONALD
DWIGHT C. MOORHEAD
DONOVAN L. QUAM
JERRY L. RECORD
DAVID C. REID
ROBERT ROSENKRANZ
J. KENNEY SHIPMAN
MICHAEL R. STARITA
RANDY STEIN

*represented by Rothberg same as above*

(Continued on next page)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___646___ -- _____

---

A. ROBERT STRAWN
LARRY G. WILLS

Frederick J. Baumann, Esq.
Rothgerber, Appel, Powers & Johnson
1200 Seventeenth Street, Suite 3000
Denver, Colorado 80202

Denver, Colorado 80202

BOETTCHER & COMPANY

Jeffrey R. Johnson
Holland & Hart
P.O. Box 8749
Denver, Colorado 80201

MELVIN D. BECK, ET AL. (B-6)
Richard D. Rinner, Esq.
Kavanagh, Scully, Sudow
  White & Frederick
700 Commercial National Bank Bldg.
Peoria, Illinois 61602

JEANNE M. GOLDEN (B-7)
James N. Vail, Esq.
188 W. Randolph Street
Chicago, Illinois 60601

BLUNT, ELLIS & LOEWI, INC.
CRAIG T. RUECKERT (Defts in B-7)
Thomas P. Ward, Esq.
11 S. LaSalle Street
Suite 1500
Chicago, Illinois 60603

AMERICA ROYALTY TRUST (Deft. in B-7)
Alton B. Harris, Esq.
Michael T. Trucco, Esq.
Coffield, Ungaretti, Harris
  & Slavin
3500 Three First National Plaza
Chicago, Illinois 60602

---

DIANE S. SCHNABEL (B-8)
Richard M. Cagen, Esq.
55 South Franklin Street
Valparaiso, Indiana 46383

JACK CAHILL (Deft. in B-6)
Doug James, Esq.
Same as Edward D. Jones & Co.

LARRY RICHARDSON (named as John Doe)
(Deft. in A-2)
Doug James, Esquire
Moulton, Bellingham, Longo
  & Mather
200 Securities Building
Post Office Box 2545
Billings, Montana 59103

LEROY W. MOFFETT, ET AL. (C-10)
Richard D. Rinner, Esq.
Kavanagh, Scully, Sudow,
  White & Frederick
700 Commercial National Bank Bldg.
Peoria, Illinois 61602

MARK BURNSIDES (Deft. in C-10)
Bruce C. Oetter, Esq.
Same as Edward D. Jones & Co.

TERRI JACOBSON, (C-11)

Elizabeth A. Wilkins
Baskin and Steingut, P.A.
Plaza Five, Suite 105
398 Camino Gardens Blvd.
Boca Raton, Florida 33432

ROSALYN SCHINDEWOLF (D-14)
Louis J. Basso, Esquire
Brown, James & Rabbitt, P.C.
805 Olive Streeet
Suite 1100
St. Louis, Mo. 63101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __4__

DOCKET NO. __646__ -- In re Petro-Lewis Securities Litigation

---

GARY W. SVENNINGSEN, ET AL. (D-15)

Sholly A. Blustin, Esq.
Reinhardt & Anaderson
E-1400 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota  55101


PIPER, JAFFRAY & HOPWOOD, INC.
WILLIAM H. ELLIS
HARRY C. PIPER
ADDISON L. PIPER (DEFTS. IN D-15)
Michael W. Drake, Esq.
6750 France Ave. S
Edina, Minnesota  55435


ARTHUR ANDERSON & CO. (DEFT. IN D-15)

Thomas H. Coghill, Esquire
Coghill & Goodspeed
1430 Colorado Street Bank Bldg.
1600 Broadway
Denver, Colorado  80202


JOSEPH ELIGATI, ET AL. (C-13)

John Phelan, Esquire
Phelan & Costello
One Penn Plaza
Suite 4310
New York, New York  10117

---

JOSEPHINE SEALY (C-9)

 Joe Harrison, Esq.
1500 Maxus Energy Tower
Dallas, Texas  75201


HELEN W. SHANKROFF (E-16)
Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
P.O. Box 100
Haverford, Pennsylvania  19041-0100


ADVEST INC. (Deft. in E-16)
Philip S. Walker, Esq.
Day, Berry & Howard
City Place
Hartford, Connecticut  06103


EDWARD E. BROWN, JR., ET AL.   (E-17)
T. Maxfield Bahner, Esquire
Donald J. Aho, Esquire
Chambliss, Bahner, Crutchfield
   Gaston & Irvine
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee  37402


CATHERINE VANDONSEL, ET AL. (E-18)
Andrew H. Wisti, Esq.
Wisti & Jaaskelaninen
101 Quincy Street
Hancock, Michigan  49930


RICHARD WARNER
DAVID A. NYQUIST
THOMAS J. NEUMANN (Defts. in E-18)
Jeffrey L. Smith, Esq.
(Same As Edward D. Jones)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 5

DOCKET NO. 646   --

MARIE C. GERDSEN (E-19)
G. Michael Prall, Esq.
Chesley, Wilson & Prall
235 East Front Street
P.O. Box 3245
Bloomington, Illinois  61702-3245

DIS'D

WILLIAM SCHWEIZER (Deft. in E-19)
John P. Ewart, Esq.
Kenneth F. Werts, Esq.
Craig & Craig
1807 Broadway Avenue
Post Office Box 689
Mattoon, Illinois  61938

ELAINE THORPE (E-20)
Lee Overfelt, Esquire
27 Grand Avenue
Billings, MT  59101

LARRY G. RICHARDSON (deft. E-20)
(Unable to determine counsel or
 address)

JEROME BRESSON, ET AL. (E-21)
Jarblum, Solomon & Fornair, P.C.
650 Fifth Avenue
New York, New York  10019

THOMSON MCKINNON SECURITIES, INC.
   (Deft. E-21)
Hall, McNichol, Hamilton & Clark
220 E. 42nd Street
New York, New York  10017

Kutak Rock & Campbell
350 Park Avenue, 12th Floor
New York, New York  10022

TOMMY E. PARKER, ETC. (E-22)
Kenneth A. Jacobsen, Esquire
Greenfield & Chimicles
361 West Lancaster Avenue
1 Haverford Centre
Haverford, Pennsylvania  19041-0100

opposed 6/2/88

David Lake Rumsey, Jr., Esquire
152 Nassau Street
Atlanta, Georgia  30303

PAINWEBBER GROUP, INC. (deft. E-22)
Robert E. Zimet, Esquire
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, New Yrok  10022-9931

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. __646__ -- _____

---

GLENN T. SANDERS, ET AL. (F-23)
SUZANNE KIRKPATRICK, ET AL. (F-24)
Glenn A. Delk, Esquire
Churchill & Ferguson
1360 Peachtree Street, N.E.
2 Midtown Plaza, Suite 1200
Atlanta, Georgia  30309


Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
361 West Lancaster Avenue
1 Haverford Centre
Haverford, Pennsylvania  19041-0100

ROBINSON-HUMPHREY COMPANY INC./AMERICAN
 EXPRESS, INC.
SHEARSON LEHMAN AMERICAN EXPRESS, INC.
 (defts. in F-23)
_____

Lloyd S. Clareman, Esq.
Myerson & Kuhn
237 Park Avenue
New York, New York  10017

Peter J. Anderson, Esquire
Peterson, Young, Self & Asselin
230 Peachtree Street, N.W.
Suite 1100
Atlanta, Georgia  30303


J.C. BRADFORD & CO. (deft. in F-24)
John C. Gray, Esquire
(already listed)

Robert E. Botson, Esq.
AmesDavis, phv
Waller, Landsen, Dortch & Davis
2100 One Commerce Place
Nashville, Tennessee 37239


NORMAN GALWAY, ET AL. (F-25)
Nicholas E. Chimicles, Esq.
Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
361 West Lancaster Avenue
1 Haverford Centre
Haverford, Pennsylvania  19041-0100

David Lake Rumsey, Jr., Esq.
127 Peachtree Street
Suite 509
Atlanta, Georgia  30303


PAINE WEBBER GROUP, INC.
PAINE WEBBER JACKSON & CURTIS, INC.
PAINE WEBBER, INC. (Defts. in F-25)
Richard M. Kirby, Esq.
Hansell & Post
2 Peachtree Street, N.W.
3300 First Atlanta Tower
Atlanta, Georgia  30383-3101

Robert E. Zimet, Esquire
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __7_____

DOCKET NO. ___ _____  -- _____

HARRY K. RICHARDSON, ET AL. (F-26)
Howard Strause, Esq.
Lawrence A. Anderson, Esq.
#18 Sixth Street North, Suite 201
P.O. Box 2608
Great Falls, Montana  59403

LAWRENCE SOBOL (Deft. in F-26)
Bruce Oetter,  Esq.
(Same as Deft. Liaison Counsel)

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _646_ -- In re Petro-Lewis Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Petro-Lewis Corporation | A-1, A-2, A-4, A-5, B-7, C-11; C-12, D-15 E-16; E-17; E-21, E-22, F-25 |
| Petro-Lewis Funds, Inc. | A-1, A-2, A-3, A-4 B-7 C-11; C-12, D-15 E-16; E-17; E-21, E-22, F-25 |
| Jerome A. Lewis | A-1, A-2, A-3, A-4, A-5 B-7, C-11; C-12, D-15 E-16; E-17; E-22, F-25 |
| Dwight G. Morehead | A-1, A-2, A-3, A-4 A-5 B-7, C-11; C-12 D-15, E-16, E-17; E-22, F-25 |
| David A. Frawley | A-1, A-2, A-3, A-4 A-5, B-7, C-11; C-12, D-15 E-16; E-17; E-22, F-25 |
| Edward G. Christianson | A-1, A-2, A-3, A-4 A-5 B-7, C-11; C-12 D-15, F-16; E-17, E-22 |
| Robert L. Katz | A-1, A-2, A-3, A-4, A-5, B-7 C-11; C-12 D-15, D-11, C-16; E-17; E-22, F-25 |
| Robert Rosenkrantz | A-1, A-2, A-3, A-4, A-5, B-7, C-11; D-15 D-K E-22, F-25 |
| A. Robert Strawn | A-1, A-2, A-3, A-4 A-5 B-7, C-11; C-12 D-15, E-16, E-17; E-22, F-25 |
| Petro-Lewis Securities Corporation | A-1, A-2, A-3, A-4; C-11; D-15 F-16; E-17 E-21; E-22, F-25 |
| Jerry L. Record | A-2, A-3, A-5 |

p. _2_

| | |
|---|---|
| Michael R. Starita | A-2, A-3, A-4, A-5, C-13, D-15, E-16; E-17; C-22 & 23 |
| Morton P. Iler | A-2, A-3 |
| Vernon A. Isaacs, Jr. | A-2, A-3 |
| Michael L. McDonald | A-2, A-3 |
| Larry G. Wills | A-2, A-3 |
| John R. Hazlett | A-2, A-3 |
| Donovan L. Quam | A-2, A-3 |
| David C. Reid | A-2, A-3 |
| Gerald E. Johnston | A-2, A-3 |
| J. Kenney Shipman | A-2, A-3 |
| Lon McCain | A-2, A-3 |

JPML FORM 3

p. _3_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _646_ -- _In re Petro-Lewis Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Randy Stein | A-2, A-3 |
| Edward D. Jones | A-2, B-6, B-8, C-10, C-12, E-18, E-19, E-20 |
| ~~John Doe~~ | ~~A-2~~ |
| Boettcher & Company *dismissed* | A-3 |
| Blunt, Ellis & Loewi, Inc. | B-7, E-18 |
| Craig T Rueckert | B-7 |
| America Royalty Trust | B-7 |
| Jack Cahill | B-6, C-12 |
| Mark Burnsides | C-10 |
| Piper, Jaffray & Hopwood, Inc. | D-15 |
| William H. Ellis | D-15 |

p. _4_

| | |
|---|---|
| Harry C. Piper | D-15 |
| Addison L. Piper | D-15 |
| Arthur Anderson & Co. | D-15 |
| Alvest, Inc | E-16 |
| Robert C. Allphin | E-17; |
| Richard Warner | E-18 |
| David A. Nyquist | E-18 |
| Thomas J. Newman | E-18 |
| William Schweizer | E-19 |
| Larry Richardson | E-20, E-26 |
| THOMSON MCKINNON SECURITIES, INC. | E-21; |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Paine Webber Group, Inc. | F-22, F-25 |
| Robinson Humphrey/ American Express | F-23 |
| Shearson Lehman American Express Inc | F-23 |
| J.C. Bradford & Co | F-24 |
| Paine Webber Jackson & Curtis, Inc. | F-25 |
| PaineWebber, Inc. | F-25 |
| Lawrence Sobol | F-26 |
| | |
| | |
| | |
| | |